**Order entered September 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00699-CV

**BOBBY JOE EVENS, Appellant**

**V.**

**VEDA MICHELLE EVENS, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-24977**

## ORDER

In light of the Court's opinion of this date, we **DISMISS** appellee's motion for proper name usage.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE